UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NO. 11-12756
HON. PATRICK J. DUGGAN

CAROL LEE WRIGHT,

       Plaintiff(s),

vs.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ET.AL,

       Defendant(s).
_____/

ORDER GRANTING TO AMEND AND ADD PARTY

At a session of said Court, held in the U.S. District Courthouse, City of Detroit, County of Wayne, State of Michigan on September 21, 2011.

This matter is before the Court on Plaintiff's Motion to Amend Complaint. No response has been filed; Therefore

IT IS ORDERED that the Motion to Amend Complaint be and the same is hereby GRANTED.

       s/Patrick J. Duggan
       Patrick J. Duggan
       United States District Judge

Dated: September 21, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2011, by electronic and/or ordinary mail.

       s/Marilyn Orem
       Case Manager