UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROL LEE WRIGHT,

    Plaintiff,                      CIVIL ACTION NO. 11-12756

    v.                              DISTRICT JUDGE PATRICK J. DUGGAN

MORTGAGE ELECTRONIC         MAGISTRATE JUDGE MARK A. RANDON
REGISTRATION SYSTEMS, INC.
c/o the Corporation Trust Company,
as Statutory Agent, TROTT & TROTT,
P.C., and HSBC BANK USA, N.A.,

    Defendant.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS (DKT. NO. 26)

Before the Court is Plaintiff's motion to compel and for sanctions (Dkt. No. 26). Having reviewed the motion, Defendants' response, and otherwise being fully advised following oral argument,

**IT IS ORDERED** that Plaintiff's motion is **DENIED**.

                                s/Mark A. Randon
                                MARK A. RANDON
                                UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2012

                                *Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, March 6, 2012, by electronic and/or ordinary mail.*

                                *S/Melody R. Miles*
                                *Case Manager to Magistrate Judge Mark A. Randon*